# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ANA CECILIA HALPIN et al.,

    Plaintiffs,

v.                                    CASE NO. 4:06cv457-RH/WCS

MONICA DAVID et al.,

    Defendants.

_____/

## ORDER ON MOTION TO DISMISS

This matter is before the court on the report and recommendation (document 174). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The defendant James V. Crosby, Jr.'s motion to dismiss (document 96) is GRANTED IN PART and DENIED IN PART as set forth in the report and recommendation. I do not direct the entry of a judgment under Federal Rule of Civil Procedure 54(b) on the dismissed claims. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on March 20, 2009.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge